IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL TAYLOR, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SCREENING REPORTS, INC., <br><br> Defendant. | Civil Action No. 11-4495 <br><br> CLASS ACTION |

## STIPULATION TO TRANSFER VENUE

AND NOW, this 6th day of October, 2011, it is hereby jointly STIPULATED and AGREED by and between the undersigned counsel for Plaintiff and counsel for Defendant, Screening Reports, Inc., that the above matter is hereby transferred to the United States District Court for the Northern District of Georgia. The Clerk shall mark this case closed.

| | |
|---|---|
| /s/ Geoffrey H. Baskerville <br> James A. Francis, Esquire <br> John Soumilas, Esquire <br> Geoffrey H. Baskerville, Esquire <br> **FRANCIS & MAILMAN, P.C.** <br> Land Title Building, 19th Floor <br> 100 South Broad Street <br> Philadelphia, PA 19110 <br> *Attorneys for Plaintiff and the Classes* | /s/ Andrew M. Schwartz <br> Andrew M. Schwartz, Esquire <br> **Marshall, Dennehey, Warner Coleman & Goggin, P.C.** <br> 1845 Walnut Street, 17th Floor <br> Philadelphia, PA 19103 <br> *Attorney for Defendant, Screening Reports, Inc.* |

BY THE COURT:

_____ J.